

U.S. Department of Justice

*United States Attorney*
*District of Rhode Island*

Fleet Center  (401) 709-5000
50 Kennedy Plaza, 8th Floor FAX (401) 709-5001
Providence, Rhode Island 02903

December 13, 2013

Margaret Carter, Clerk
U.S. Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

Re: *United States v. Abdulfatah Oladosu,* No. 13-1332

Dear Ms. Carter,

Pursuant to Fed. R. App. P. 28(j), we note that yesterday the Third Circuit granted the government's en banc petition in *United States v. Katzin*, 732 F.3d 187 (3d Cir. 2013).

Respectfully submitted,

PETER F. NERONHA
United States Attorney

/s/ Donald C. Lockhart

DONALD C. LOCKHART
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

    I certify that on December 13, 2013, I electronically served a copy of the foregoing filing on the following registered participants of the CM/ECF system:

        George J. West, Esq.
        Suite 312
        1 Turks Head Place
        Providence, RI 02903-2215

        /s/ Donald C. Lockhart

        _____